DAJ

**FILED**

**DECEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**07 C 6865**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:

RODNEY HARRIS,
                Plaintiff,
v.
CITY OF CHICAGO, ILLINOIS, et al.

**JUDGE DARRAH**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RODNEY HARRIS

| | |
|---|---|
| **NAME (Type or print)**<br>Jeffrey B. Granich | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Jeffrey B. Granich | |
| **FIRM**<br>Law Office of Jeffrey B. Granich | |
| **STREET ADDRESS**<br>53 West Jackson Blvd., Suite 840 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6207030 | **TELEPHONE NUMBER**<br>312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |