IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 2 0 2008
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| RODNEY HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07 c 6865 |
| CHICAGO POLICE OFFICER MICHAEL CONNOLLY (STAR #16869), CHICAGO POLICE OFFICER BRENDAN CORCORAN (STAR #8261) and the CITY OF CHICAGO, | ) Judge John W. Darrah<br>) Magistrate Judge Martin C. Ashman |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
Date: 2/6/08

_____
Avi Kamionski
Assistant Corporation Counsel
Attorney for defendants
Michael Connolly and Brendan Corcoran
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6283191
Date: 2/14/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
David Seery
Chief Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-5738
Attorney No. 06190904
Date: 2/19/08