Order Form (01/2005)

## United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6865 | DATE | 2/20/2008 |
| CASE TITLE | Rodney Harris vs. City of Chicago, et. al. | | |

**DOCKET ENTRY TEXT**

Parties having filed a stipulation to dismiss, this case is dismissed with prejudice and without costs. Status hearing set for 3/11/08 is vacated. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|