IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODNEY HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.07 c 6865 |
| ) | |
| CHICAGO POLICE OFFICER MICHAEL ) | Judge John W. Darrah |
| CONNOLLY (STAR #16869), CHICAGO ) | |
| POLICE OFFICER BRENDAN CORCORAN ) | Magistrate Judge Martin C. Ashman |
| (STAR #8261) and the CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Rodney Harris, by one of his attorneys, Jeffrey B. Granich, and defendants, Michael Connolly and Brendan Corcoran, by their attorney, Avi Kamionski, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Rodney Harris, against defendants, City of Chicago, Michael Connolly and Brendan Corcoran, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

DATED: 2-20-08
Avi Kamionski
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0747
Attorney No. _____

ENTER: _____
The Honorable John W. Darrah
United States District Judge